IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASG SOLUTIONS CORPORATION DBA AMERICAN SYSTEMS GROUP,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　Defendant. | CASE NO.:　__24-1966 C__<br><br>RCFC 40.2(a)(1) NOTICE OF DIRECTLY RELATED CASES |

　　Plaintiff, ASG Solutions Corporation DBA American Systems Group ("ASG"), pursuant to RCFC 40.2(a)(1), hereby provides notice that this case is directly related to the case entitled *ASG Solutions Corporation DBA American Systems Group v. United States of America*, Case No. 23-1029C.

　　These cases qualify for treatment as directly related cases under RCFC 40.2(a)(2) because the cases involve the same parties and same contracts, and are based on the same or similar claims. Assigning these cases to the same judge will conserve judicial resources and promote the efficient administration of justice.

DATE: November 27, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　FINCH, THORNTON & BAIRD, LLP


　　　　　　　　　　　　　　　　　　　　　　By: *s/ David S. Demian*
　　　　　　　　　　　　　　　　　　　　　　　　　DAVID S. DEMIAN
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff ASG Solutions
　　　　　　　　　　　　　　　　　　　　　　Corporation DBA American Systems Group
　　　　　　　　　　　　　　　　　　　　　　Address:　　4747 Executive Drive, Suite 700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　San Diego, California 92121
　　　　　　　　　　　　　　　　　　　　　　Email:　　　ddemian@ftblaw.com
　　　　　　　　　　　　　　　　　　　　　　Telephone:　(858) 737-3100